UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JEVON LEE MILES,<br><br>       Defendant. | 2:05-cr-041-RLH-LRL<br><br>**ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER** |

Presently before the court is the matter of U.S. v. Jevon Lee Miles.

On May 7, 2012, this court held a hearing for revocation of supervised release as to defendant Jevon Miles ("Mr. Miles"). The Court agreed to modify Mr. Miles supervision to include his residence in the residential re-entry center for three months (90 days).

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant JEVON LEE MILES reside in a residential re-entry center/Half-way House for three months (90 days).

DATED:   May 7, 2012.

_____
UNITED STATES DISTRICT JUDGE

1